FILED

04/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0343

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 19-0343

ROBERT DANNELS,

     Plaintiff/Appellee,

v.

BNSF RAILWAY COMPANY,

     Defendant/Appellant.

**GRANT OF WITHDRAWAL
OF COUNSEL**

Pursuant to Montana Rule of Appellate Procedure 10(1)(c), Appellant BNSF

Railway Company's motion for the withdrawal of Robert J. Phillips of Garlington,

Lohn & Robinson, PLLP, and the substitution of Jeff Hedger of Hedger Friend,

P.L.L.C., as counsel of record for BNSF is GRANTED.

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 8 2020